UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES ROBINSON and
RESHELLE ROBINSON,

        Plaintiffs,                    No. 08-CV-13048

vs.                                      Hon. Gerald E. Rosen

WELLS FARGO BANK, et al.,

        Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND
DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANTS
WELLS FARGO BANK AND SAXON MORTGAGE SERVICES, INC.

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     September 8, 2010

PRESENT: Honorable Gerald E. Rosen
                  Chief Judge, United States District Court

This matter having come before the Court on the August 5, 2010 Report and Recommendation of United States Magistrate Judge Paul J. Komives recommending that the Court grant Defendants Wells Fargo Bank and Saxon Mortage Services, Inc.'s Fed. R. Civ. P. 12(b)(6) Motion to Dismiss; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Wells Fargo's and Saxon's Motion to Dismiss should be granted; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of August 5, 2010 **[Dkt. # 45]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants Wells Fargo Bank's and Saxon Mortgage Services, Inc.'s Motion to Dismiss **[Dkt. # 26]** is GRANTED. Accordingly,

IT IS FURTHER ORDERED that all of Plaintiffs' claims against Defendants Wells Fargo and Saxon are DISMISSED, WITH PREJUDICE.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated: September 8, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 8, 2010, by electronic mail and upon James Robinson, Reshelle Robinson, 14675 Rutherford, Detroit, Michigan 48227 by ordinary mail.

        s/Ruth A. Gunther
        Case Manager