UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES ROBINSON and
RESHELLE ROBINSON,

          Plaintiffs,          No. 08-CV-13048

vs.          Hon. Gerald E. Rosen

WELLS FARGO BANK, N.A.,
FIRST FRANKLIN MORTGAGE,
SAXON MORTGAGE SERVICES, INC.,
ORLANS ASSOCIATES and
WAYNE COUNTY,

          Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S TWO REPORTS AND
RECOMMENDATIONS AND DISMISSING PLAINTIFFS' COMPLAINT

          At a session of said Court, held in the
          U.S. Courthouse, Detroit, Michigan
          on    March 31, 2011

          PRESENT: Honorable Gerald E. Rosen
                        United States District Judge

This matter having come before the Court on the March 11 and March 16, 2011 Reports and Recommendations of United States Magistrate Paul J. Komives recommending that the Court grant (1) Defendant Orlans Associates' Motion for Summary Judgment and (2) dismiss Plaintiff's Complaint against Defendant Wayne County, for failure to prosecute; and no timely objections to either of the Magistrate Judge's Reports and Recommendations having been filed; and the Court having reviewed and concurred in the Magistrate Judge's

Reports and Recommendations; the Court has determined that, for the reasons stated in the Reports and Recommendations, Plaintiffs' Complaint against these two Defendants should be dismissed; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Reports and Recommendations of March 11 and March 16, 2011 **[Dkt. Nos. 52 & 53]** be, and hereby are, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's March 11, 2011 Report and Recommendation, Defendant Orlans Associates Motion for Summary Judgment **[Dkt. # 50]** is GRANTED.

Defendants Orlans Associates and Wayne County being the only remaining defendants in this action,[1]

IT IS FURTHER ORDERED that Plaintiffs' Complaint is DISMISSED, in its entirety. This dismissal is WITH PREJUDICE as to Defendants Wells Fargo Bank, First Franklin Mortgage, Saxon Mortgage Services and Orlans Associates, but WITHOUT PREJUDICE as to Defendant Wayne County.

Let Judgment be entered accordingly.

                    s/Gerald E. Rosen  
                    Chief Judge, United States District Court

Dated: March 31, 2011

---

[1] Plaintiffs withdrew their complaint against Defendant First Franklin Mortgage when they filed their Second Amended Complaint on May 14, 2010 and Defendants Wells Fargo and Saxon were dismissed from this action by Order entered on September 8, 2010.

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 31, 2011, by electronic mail and upon James Robinson and Reshelle Robinson, 15675 Rutherford, Detroit, Michigan by ordinary mail.

                                    s/Ruth A. Gunther
                                    Case Manager